FORM 26. Docketing Statement                                                Form 26 (p. 1)
                                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 22-1891

**Short Case Caption:** Apple Inc. v. Masimo Corporation

**Filing Party/Entity:** Apple Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| US Patent and Trademark Office | IPR2020-01524 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reverse the Final Written Decision holding that the challenged claims of U.S. Patent No. 10,433,776 were not shown to be unpatentable.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

In its Final Written Decision, the Board held that claims 1-16 of the '776 patent were not shown to be unpatentable.

**Nature of judgment (select one):**          **Date of judgment:** 4/29/2022

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

**FORM 26. Docketing Statement**    Form 26 (p. 2)
July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> See attached.

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the Board correctly concluded that claims 1-16 of the '776 patent were not shown to be unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

> N/A

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

> The appealed-from inter partes review proceeding is one part of a broader intellectual property dispute between the parties. Settlement will not give appellant Apple the relief it seeks on appeal, which is the overturning of the Board's decision not to cancel claims 1-16 of the '776 patent.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> N/A

Date: 6/24/2022    Signature: /s/ Lauren A. Degnan

Name: Lauren A. Degnan

Save for Filing

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued:

*Masimo Corporation v. Apple Inc.*,
    Civil Action No. 8:20-cv-00048 (C.D. Cal.) (filed Jan. 9, 2020)

*Apple Inc. v. Masimo Corporation*,
    Case No. 22-1890 (Fed. Cir.)