**No. 22-1891**

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**

*Appellant,*

*v.*

**MASIMO CORPORATION,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01524

**APPLE'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

| | |
|---|---|
| Lauren A. Degnan<br>W. Karl Renner<br>Christopher Dryer<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070<br>degnan@fr.com | Michael J. Ballanco<br>Laura E. Powell<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070 |
| September 1, 2022 | *Attorneys for Appellant Apple Inc.* |

# CERTIFICATE OF INTEREST

Counsel for Appellant Apple Inc. ("Apple") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **Apple Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **Apple Inc.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Fish & Richardson P.C.: Daniel D. Smith, and Kim H. Leung**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

   *Masimo Corporation, et al. v. Apple Inc.*,
       **Case No. 8:20-cv-00048 (C.D. Cal.)**

   *Apple Inc. v. Masimo Corporation,*
       **Case No. 22-1890 (Fed. Cir.)**

6.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

September 1, 2022                    */s/ Lauren A. Degnan*
                                                    Lauren A. Degnan

# UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE APPLE'S OPENING BRIEF

Pursuant to Federal Circuit Rule 26(b), Appellant Apple Inc. ("Apple") respectfully requests an extension of time to file its opening brief. This brief is currently due on September 19, 2022. Apple seeks a 30-day extension to October 19, 2022. This request is Apple's first extension request in this appeal. Apple's counsel has notified counsel for Appellee Masimo Corporation ("Masimo") of its intent to seek an extension, and Masimo's counsel had no objection to the requested extension.

Apple has good cause to request this extension. Counsel for Apple have professional commitments that hinder their ability to prepare a brief by the current deadline.

For the foregoing reasons, Apple respectfully requests a 30-day extension, to October 19, 2022, to file its opening brief.

Dated: September 1, 2022   Respectfully submitted,

  */s/ Lauren A. Degnan*
Lauren A. Degnan
W. Karl Renner
Christopher Dryer
Michael J. Ballanco
Laura E. Powell
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

***Attorneys for Appellant Apple Inc.***

# DECLARATION IN SUPPORT OF UNOPPOSED MOTION
# FOR EXTENSION OF TIME TO FILE APPLE'S OPENING BRIEF

I, Lauren A. Degnan, declare as follows:

1.     I am a principal with Fish & Richardson P.C. in its Washington, DC office. I am counsel for Appellant Apple Inc. ("Apple") in this appeal.

2.     I submit this declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of Apple's motion for a 30-day extension of time to file its opening brief.

3.     Good cause exists for the extension. Counsel for Apple have significant professional commitments that hinder their ability to prepare a brief by the current deadline. This includes commitments in matters before this Court and in other jurisdictions, including the following:

- *Masimo Corporation v. Apple Inc.*, No. 22-1631 (Fed. Cir.)
  - Response Brief due September 14, 2022;

- *The Chamberlain Group, LLC v. International Trade Commission, et al.*, No. 22-1664 (Fed. Cir.)
  - Response/Reply Brief due October 3, 2022;[1]

- *Apple Inc. v. Qualcomm Incorporated*, Nos. IPR2018-01315, IPR2018-01316 (PTAB)
  - Opening Remand Briefs due August 31, 2022, and
  - Responsive Remand Briefs due September 28, 2022;

- *iRobot Corporation v. SharkNinja Operating LLC*, No. 22-1234 (Fed. Cir.)
  - Reply Brief due September 6, 2022;

---

[1] Per this Court's order issued May 6, 2022 at Dkt. 19, no extensions are permitted in this matter.

3

- *Paice LLC v. Bayerische Motoren Werke Aktiengesellschaft*, Nos. 22-1355 (Fed. Cir.)
    - Consolidated Reply Brief due September 16, 2022;

- *Realtime Adaptive Streaming LLC v. Sling TV, LLC*, No. 21-2235 (Fed. Cir.)
    - Response Brief due September 6, 2022; and

- *Mondis Technology, Ltd. v. LG Electronics, Inc.*, No. 2:15-cv-04331 (D.N.J.).
    - Pretrial Conference set at September 21, 2022.

4. Appellee Masimo Corporation does not oppose this motion.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on September 1, 2022, in Washington, DC.

*/s/ Lauren A. Degnan*
Lauren A. Degnan

4

**CERTIFICATE OF SERVICE AND FILING**

I certify that on September 1, 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF** of Appellant using the Court's CM/ECF filing system. Counsel for appellee were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan

## **CERTIFICATE OF COMPLIANCE**

      I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).  The motion contains 139 words, excluding the parts of the motion authorized by Fed. R. App. P. 27(a)(2)(B).  This motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14 Point.


Dated:  September 1, 2022                        */s/ Lauren A. Degnan*
                                                                       Lauren A. Degnan