**Nos. 22-1891**

IN THE

# United States Court of Appeals

**FOR THE FEDERAL CIRCUIT**

_____

APPLE INC.,

*Appellant,*

*v.*

MASIMO CORPORATION,

*Appellee,*

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD
CASE NO. IPR2020-01524

**UNOPPOSED MOTION BY APPELLEE MASIMO CORPORATION FOR
EXTENSION OF TIME TO FILE RESPONSE BRIEF**

November 1, 2022

Joseph R. Re, Principal Counsel
Stephen C. Jensen
Joshua J. Stowell
Jarom D. Kesler
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
*Attorneys for Appellee
Masimo Corporation*

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Appellee Masimo Corporation certifies the following:

1.    The full name of every party represented by me is:

Masimo Corporation.

2.    The name of the real party-in-interest represented by me is:

Masimo Corporation.

3.    All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

BlackRock Inc.

4.    The name of all law firms and the partners or associates that appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not listed on the docket for the current case:

Knobbe, Martens, Olson & Bear, LLP: Stephen W. Larson, Jacob L. Peterson.

5.    The case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

- Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., U.S. District Court for the Central District of California, Case No. 8:20-cv-00048-JVS

6.      Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

None.

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee Masimo Corporation ("Appellee" or "Masimo") respectfully requests an extension of time to file its response brief.  The response brief is currently due on November 28, 2022.  Masimo seeks a 30-day extension to December 28, 2022.  This is Masimo's first request for an extension of time.

As described in the following declaration of Masimo's counsel, Joshua J. Stowell, there is good cause for this extension due to professional commitments that hinder the ability to prepare a brief by the current deadline.  Stowell Decl. ¶ 2.  The conflict with these proceedings provide good cause for an extension.  *Id.*, ¶¶ 2-3.  Counsel for Appellant Apple Inc. has no objection to the requested extension and does not oppose this motion.  *Id.*, ¶ 4.

For the foregoing reasons, Masimo respectfully requests a 30-day extension, with December 28, 2022 as the new date for submission of its responsive brief.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 1, 2022      By:   */s/ Joshua J. Stowell*
Joseph R. Re, Principal Counsel
Stephen C. Jensen
Joshua J. Stowell
Jarom D. Kesler

Attorneys for Appellee,
Masimo Corporation

## DECLARATION OF JOSHUA J. STOWELL IN SUPPORT OF APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

I, Joshua J. Stowell, declare as follows:

1.     I am an attorney admitted to practice before this Court and a partner at the law firm of Knobbe, Martens, Olson & Bear, LLP ("Knobbe Martens"). I am counsel of record for Appellee Masimo Corporation ("Masimo") in this appeal. I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, could testify competently to them. I make this declaration in support of Masimo's motion for a 30-day extension of time to file its response brief.

2.     There is good cause for the requested extension of time due to the fact that the attorneys involved in or contributing to this proceeding are also involved in the following matters:

- *Masimo Corp. v. Apple Inc.,* 22-1631 (consolidated with 22-1632, 22-1633, 22-1634, 22-1635, 22-1636, 22-1637, 22-1638)

- *Masimo Corp. v. Apple Inc.,* 22-1894

- *Masimo Corp. v. Apple Inc.,* 22-1895

- *Masimo Corp. v. Apple Inc.,* 22-1972 (consolidated with 22-1973, 22-1975, 22-1976)

- *Apple Inc. v. Masimo Corp.,* 22-1890

- *Masimo Corp. v. Apple Inc.,* 22-2069 (consolidated with 22-2070, 22-2071, 22-2072)
- *Masimo Corp. v. Sotera Wireless, Inc.*, 22-1393
- *Masimo Corp. v. Sotera Wireless, Inc.*, 22-1415
- *Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc.*, U.S. District Court for the Central District of California, Case No. 8:20-cv-00048-JVS

3.     In view of the foregoing obligations including other appeals involving counsel involved in or contributing to this appeal, the requested extension of time to file Masimo's response brief is necessary.  Without an extension Masimo will suffer hardship related to the unavailability of the attorneys contributing to and/or involved with this appeal to make contributions to this case due to other obligations.

4.     On October 28, 2022, counsel for Appellant Apple Inc. confirmed that Apple does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this November 1, 2022, at Irvine, California.

*/s/ Joshua J. Stowell*
Joshua J. Stowell
Knobbe, Martens, Olson & Bear, LLP

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on November 1, 2022, the

foregoing **UNOPPOSED MOTION BY APPELLEE MASIMO**

**CORPORATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

was filed using the Court's CM/ECF system, which will send notice of such filing

to all registered CM/ECF users.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 1, 2022     By: _/s/ Joshua J. Stowell_
Joseph R. Re, Principal Counsel
Stephen C. Jensen
Joshua J. Stowell
Jarom D. Kesler

Attorneys for Appellee,
Masimo Corporation

## **CERTIFICATE OF COMPLIANCE**

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). This brief contains 157 words.

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point font Times New Roman.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 1, 2022    By:   */s/ Joshua J. Stowell*
                               Joseph R. Re, Principal Counsel
                               Stephen C. Jensen
                               Joshua J. Stowell
                               Jarom D. Kesler

                               Attorneys for Appellee,
                               Masimo Corporation

56529087