

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 3, 2023

2022-1891 - Apple Inc. v. Masimo Corporation

## NOTICE OF NON-COMPLIANCE

Your submitted document (Response Brief) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The cover does not include the title of the document and/or identify for whom the document is filed. Fed. R. App. P. 32(a)(2)(E).

  *[Clerk's Note: Please confirm that filer's party type appears correctly in the document title.]*

- The brief does not contain the patent claims at issue on the inside of the front cover. Fed. Cir. R. 28(a)(12).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: A. Kleydman, Deputy Clerk