**No. 22-1891**

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**

*Appellant,*

*v.*

**MASIMO CORPORATION,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01524

**APPLE'S UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE REPLY BRIEF**

Lauren A. Degnan
W. Karl Renner
Christopher Dryer
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

Michael J. Ballanco
Laura E. Powell
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

January 9, 2023

*Attorneys for Appellant Apple Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellant Apple Inc. ("Apple") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

    **Apple Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

    **Apple Inc.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    **Fish & Richardson P.C.: Daniel D. Smith, and Kim H. Leung**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

    *Masimo Corporation, et al. v. Apple Inc.*,
        **Case No. 8:20-cv-00048 (C.D. Cal.)**

    *Apple Inc. v. Masimo Corporation,*
        **Case No. 22-1890 (Fed. Cir.)**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated: January 9, 2023          */s/ Lauren A. Degnan*
                                               Lauren A. Degnan

## UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE APPLE'S REPLY BRIEF

Pursuant to Federal Circuit Rule 26(b), Appellant Apple Inc. ("Apple") respectfully requests an extension of time to file its reply brief. This brief is currently due on January 18, 2023. Apple seeks a 21-day extension to February 8, 2023. This request is Apple's first request for an extension to the deadline for its reply brief and its second extension request in this appeal. Apple previously received a 30-days of extension time for its opening brief. Apple's counsel has notified counsel for Appellee Masimo Corporation ("Masimo") of its intent to seek an extension, and Masimo's counsel had no objection to the requested extension.

Apple has good cause to request this extension. Counsel for Apple have professional commitments that hinder their ability to prepare a brief by the current deadline.

For the foregoing reasons, Apple respectfully requests a 21-day extension, to February 8, 2023, to file its reply brief.

Dated:  January 9, 2023                    Respectfully submitted,

     */s/ Lauren A. Degnan*
Lauren A. Degnan
W. Karl Renner
Christopher Dryer
Michael J. Ballanco
Laura E. Powell
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

***Attorneys for Appellant Apple Inc.***

## DECLARATION IN SUPPORT OF UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE APPLE'S REPLY BRIEF

I, Lauren A. Degnan, declare as follows:

1.   I am a principal with Fish & Richardson P.C. in its Washington, DC office.  I am counsel for Appellant Apple Inc. ("Apple") in this appeal.

2.   I submit this declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of Apple's motion for a 21-day extension of time to file its reply brief.

3.   Good cause exists for the extension.  Counsel for Apple have significant professional commitments that hinder their ability to prepare a brief by the current deadline.  This includes commitments in matters before this Court and in other jurisdictions, including the following:

- Finjan LLC v. SonicWall, Inc.,
  Appeal No. 22-1048 (Fed. Cir.)
  - Oral Argument scheduled January 10, 2023

- *DoDots Licensing Solutions LLC v. Samsung Electronics Co.*,
  Case No. 6:22-cv-00535 (W.D. Tex.)
  - Motion filing deadline: January 11, 2023
  - Invalidity contentions due: February 1, 2023

- *Mondis Technology Ltd. v. LG Electronics Inc., et al.*
  Case No. 2:15-cv-04431 (D.N.J.)
  - Trial starting:  February 6, 2023

- *Masimo Corp. v. Apple Inc.*
  Appeal No. 22-1894 (Fed. Cir.)
  - Response brief due:  January 18, 2023, which deadline Apple is moving to extend to February 1, 2023

3

- *Masimo Corp. v. Apple Inc.*
  Appeal No. 22-1895 (Fed. Cir.)

  - Response brief due: January 18, 2023, which deadline Apple is moving to extend to February 1, 2023

- *Masimo Corp. v. Apple Inc.*
  Appeal No. 22-1972 (Fed. Cir.)

  - Response brief due: January 23, 2023, which deadline Apple is moving to extend to February 6, 2023

4. Appellee Masimo Corporation does not oppose this motion.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on January 9, 2023, in McLean, VA.

*/s/ Lauren A. Degnan*
Lauren A. Degnan

## CERTIFICATE OF SERVICE AND FILING

I certify that on January 9, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE REPLY BRIEF** of Appellant using the Court's CM/ECF filing system. Counsel for appellee were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion contains 165 words, excluding the parts of the motion authorized by Fed. R. App. P. 27(a)(2)(B). This motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14 Point.

Dated: January 9, 2023                    */s/ Lauren A. Degnan*
                                          Lauren A. Degnan