No. 22-1891

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**

*Appellant,*

*v.*

**MASIMO CORPORATION,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01524

**JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(a)**

| | |
|---|---|
| Lauren A. Degnan<br>W. Karl Renner<br>Christopher Dryer<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070<br>degnan@fr.com<br><br>Michael J. Ballanco<br>Laura E. Powell<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070<br><br>*Attorneys for Appellant*<br>*Apple Inc.* | Joseph R. Re, Principal Counsel<br>Stephen C. Jensen<br>Joshua J. Stowell<br>Jarom D. Kesler<br>KNOBBE, MARTENS, OLSON &<br>BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760-0404<br><br><br><br><br><br><br><br><br>*Attorneys for Appellee*<br>*Masimo Corporation* |

# **CERTIFICATE OF INTEREST**

Counsel for Appellant Apple Inc. ("Apple") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **Apple Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **Apple Inc.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Fish & Richardson P.C.: Daniel D. Smith, and Kim H. Leung**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

   *Masimo Corporation, et al. v. Apple Inc.*,
       **Case No. 8:20-cv-00048 (C.D. Cal.)**

   *Apple Inc. v. Masimo Corporation,*
       **Case No. 22-1890 (Fed. Cir.)**

6.     Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated: February 15, 2023          */s/ Lauren A. Degnan*
                                                              Lauren A. Degnan

# CERTIFICATE OF INTEREST

Counsel for Appellee Masimo Corporation ("Masimo") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **Masimo Corporation**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **Masimo Corporation**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **BlackRock Inc.**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Knobbe, Martens, Olson & Bear, LLP: Stephen W. Larson, Jacob L. Peterson**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

   *Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc.*,
      U.S. District Court for the Central District of California,
      Case No. 8:20-cv-00048-JVS

6.     Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None**

Dated: February 15, 2023      */s/ Joshua J. Stowell*
    Joshua J. Stowell

# JOINT STATEMENT OF COMPLIANCE
# WITH FEDERAL CIRCUIT RULE 33(a)

The parties hereby certify, by and through their respective undersigned counsel, that they have conducted settlement discussions relating to this appeal, including most recently on January 5, 2023, as envisioned by Federal Circuit Rule 33(a). At the present time, the parties are unable to resolve their differences through settlement.

Dated: February 15, 2023           Respectfully submitted,

                                    */s/ Lauren A. Degnan*
                                    Lauren A. Degnan
                                    W. Karl Renner
                                    Christopher Dryer
                                    Michael J. Ballanco
                                    Laura E. Powell
                                    FISH & RICHARDSON P.C.
                                    1000 Maine Ave., Suite 1000
                                    Washington, DC 20024
                                    Telephone: (202) 783-5070

                                    ***Attorneys for Appellant Apple Inc.***

Dated:  February 15, 2023	Respectfully submitted,

	 */s/ Joshua J. Stowell*
	Joseph R. Re, Principal Counsel
	Stephen C. Jensen
	Joshua J. Stowell
	Jarom D. Kesler
	KNOBBE, MARTENS, OLSON & BEAR, LLP
	2040 Main Street, 14th Floor
	Irvine, CA 92614
	Telephone: (949) 760-0404

	***Attorneys for Appellee***
	***Masimo Corporation***

# CERTIFICATE OF SERVICE AND FILING

I certify that on February 15, 2023, I electronically filed the foregoing **JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(a)** using the Court's CM/ECF filing system. All counsel of record were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan